IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY ROY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0228 |
| ) | Judge Trauger |
| LORI PITTMAN, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

On January 18, 2007, the United States filed a Motion for Reconsideration, requesting that this court reconsider its Order remanding this case to state court. (Docket No. 22)

This day, the United States Supreme Court has definitively ruled, in a Westfall Act case, that, once the Attorney General certifies that a federal employee was acting within the scope of her employment, the case may not be remanded to state court. *Osborn v. Haley*, 549 U.S. ___ (January 22, 2007). It is therefore **ORDERED** that this court's Order remanding this case to state court (Docket No. 19) is **VACATED**. Pursuant to *Osborn v. Haley*, it is for the federal court to retain the case and decide whether or not the scope of employment certification was appropriate and justified.

In response to the Report and Recommendation, recommending that the United States be substituted as defendant in this action and that the case be dismissed, among other things (Docket No. 15), the plaintiff filed a Motion for *De Novo* Review (Docket No. 16), furnishing additional evidence on the issue of whether Ms. Pittman's actions were legitimately within the scope of her employment. This material has not been reviewed by the Magistrate Judge. It is

1

therefore **ORDERED** that this case is **REMANDED** to the Magistrate Judge for consideration of the newly-produced evidence. The Magistrate Judge is requested to revisit both the Motion to Substitute United States As Defendant (Docket No. 3) and the Motion to Dismiss (Docket No. 4) in the context of this new evidence, including holding an evidentiary hearing, if necessary, on the scope of employment issue.

It is so **ORDERED.**

Enter this 22nd day of January 2007.

                                              ALETA A. TRAUGER
                                              U.S. District Judge