# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY ROY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0228 |
| | ) | Judge Trauger |
| LORI PITTMAN, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

On March 15, 2007, the Magistrate Judge issued a Report and Recommendation. (Docket No. 26) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Substitute United States as Defendant (Docket No. 3) and the Motion to Dismiss filed by the defendant (Docket No. 4) are **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 5th day of April 2007.

_____
ALETA A. TRAUGER
U.S. District Judge